## Payoff/Paydown Quote Information: ▮▮▮▮▮▮ [ dcs:644 ]

| Borrower: | MURCH,TROY | Address: | 157 RALPH RICHARDSON RD | Prin Bal: | $127,057 82 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | NORWAY | Add Prin Bal: | $170 78 (P) | Investor #: | AMH |
| Due Date: | 02/01/2011 | State: | ME | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | |
| Last Pmt Appd On: | | Zip Code: | 04268 | Total Pmt Amt: | $1,296 98 | PLS Client ID: | |

## Quote Summary: ▮▮▮▮▮▮ [ dcs:644 ] Wed Mar 29 05:37:17 EDT 2023

| | |
|---|---:|
| **As Of Date:** | 03/29/2023 |
| **Per Diem Amt:** | $26 11 |
| **Piggyback Per Diem Amt:** | $0 00 |
| **Total Principal Balance:** | $127,228 60 |
| **Total Interest Amt:** | $116,701 48 |
| **Pro Rata MIP/PMI Amt:** | $0 00 |
| **Escrow Advance Amt:** | $56,636 96 |
| **Escrow Balance:** | $0 00 |
| **Suspense Balance:** | -$10 98 |
| **HUD Balance:** | $0 00 |
| **Rep Res Balance:** | $0 00 |
| **Restricted Escrow Balance:** | $0 00 |
| **Total Fees Amt:** | $0 00 |
| **Total Accumulated Late Charge Amt:** | $0 00 |
| **Total NSF Charge Fee Amt:** | $0 00 |
| **Total Other Fees Due Amt:** | $0 00 |
| **Total Penalty Interest Amt:** | $0 00 |
| **Total Flat Penalty Fee Amt:** | $0 00 |
| **Credit Life Orig Fee Rebate Amt:** | $0 00 |
| **Rec Corp Adv Balance:** | $13,238 40 |
| **Total Amt To Payoff:** | $313,794 46 |

### Primary Rate Changes

Row Count = 2

| From Date | Rate | Interest Amount |
|---|---|---|
| 01/01/2011 | 7 50% | $116,701 48 |
| 03/29/2023 | | |

### Second Mortgage Rate Changes

Row Count = 1

| From Date | Rate | Interest Amount |
|---|---|---|
| 01/01/2011 | | |

## Account History: ▓▓▓▓▓▓ [ Fay Servicing LLC:644 ]

| Borrower: | MURCH,TROY | Address: | 157 RALPH RICHARDSON RD | Prin Bal: | $127,057 82 | | Investor Type: | Other |
|---|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | NORWAY | Add Prin Bal: | $170 78 (P) | | Investor #: | AMH |
| Due Date: | 02/01/2011 | State: | ME | Account Type: | First Mortgage - Conventional Without PMI | | Investor Account #: | ▓▓▓▓ |
| Last Pmt Appd On: | | Zip Code: | 04268 | Total Pmt Amt: | $1,296 98 | | PLS Client ID: | |

### Request Criteria: Type = All, Date Range = From 04/16/2021 To 03/30/2023

Row Count = 142

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Principal Balance | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Corp Adv Applied | L/C Amt Applied | Fee Amt Applied | Fee Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Misc Corporate Adv Disb | 03/29/2023 | | | | $127,228 60 | | | | $56,636 96 | | $1 20 | | | |
| Property Pres Corp Adv | 03/24/2023 | | | | $127,228 60 | | | | $56,636 96 | | $20 00 | | | |
| Misc Corporate Adv Disb | 02/24/2023 | | | | $127,228 60 | | | | $56,636 96 | | $0 05 | | | |
| Misc Corporate Adv Disb | 02/22/2023 | | | | $127,228 60 | | | | $56,636 96 | | $1 20 | | | |
| Misc Default Exp Corp Adv | 02/14/2023 | | | | $127,228 60 | | | | $56,636 96 | | $186 00 | | | |
| Attorney Corp Advance | 02/14/2023 | | | | $127,228 60 | | | | $56,636 96 | | $350 00 | | | |
| Misc Corporate Adv Disb | 01/31/2023 | | | | $127,228 60 | | | | $56,636 96 | | $0 31 | | | |
| Misc Corporate Adv Disb | 01/31/2023 | | | | $127,228 60 | | | | $56,636 96 | | $0 34 | | | |
| Misc Corporate Adv Disb | 01/31/2023 | | | | $127,228 60 | | | | $56,636 96 | | $0 31 | | | |
| Misc Corporate Adv Disb | 01/30/2023 | | | | $127,228 60 | | | | $56,636 96 | | $0 05 | | | |
| Misc Corporate Adv Disb | 01/24/2023 | | | | $127,228 60 | | | | $56,636 96 | | $1 20 | | | |
| Misc Corporate Adv Disb | 01/10/2023 | | | | $127,228 60 | | | | $56,636 96 | | $0 05 | | | |
| Property Pres Corp Adv | 01/05/2023 | | | | $127,228 60 | | | | $56,636 96 | | $20 00 | | | |
| Misc Corporate Adv Disb | 12/27/2022 | | | | $127,228 60 | | | | $56,636 96 | | $1 20 | | | |
| Misc Default Exp Corp Adv | 12/20/2022 | | | | $127,228 60 | | | | $56,636 96 | | $297 50 | | | |
| Attorney Corp Advance | 12/20/2022 | | | | $127,228 60 | | | | $56,636 96 | | $850 00 | | | |
| Property Pres Corp Adv | 12/06/2022 | | | | $127,228 60 | | | | $56,636 96 | | $20 00 | | | |
| Misc Corporate Adv Disb | 11/30/2022 | | | | $127,228 60 | | | | $56,636 96 | | $0 05 | | | |
| Misc Default Exp Corp Adv | 11/29/2022 | | | | $127,228 60 | | | | $56,636 96 | | $2 28 | | | |
| Attorney Corp Advance | 11/29/2022 | | | | $127,228 60 | | | | $56,636 96 | | $350 00 | | | |
| Misc Corporate Adv Disb | 11/29/2022 | | | | $127,228 60 | | | | $56,636 96 | | $1 20 | | | |
| Property Pres Corp Adv | 11/11/2022 | | | | $127,228 60 | | | | $56,636 96 | | $20 00 | | | |
| Escrow Advance | 11/04/2022 | 02/01/2011 | $1,864 73 | | $127,228 60 | | $1,864 73 | | $56,636 96 | | | | | |
| City Tax Disbursement | 11/04/2022 | 11/01/2022 | -$1,864 73 | | $127,228 60 | | -$1,864 73 | -$1,864 73 | $54,772 23 | | | | | |
| Misc Corporate Adv Disb | 10/31/2022 | | | | $127,228 60 | | | | $54,772 23 | | $1 20 | | | |
| Misc Corporate Adv Disb | 10/27/2022 | | | | $127,228 60 | | | | $54,772 23 | | $0 05 | | | |
| Misc Default Exp Corp Adv | 10/25/2022 | | | | $127,228 60 | | | | $54,772 23 | | $2 28 | | | |
| Attorney Corp Advance | 10/25/2022 | | | | $127,228 60 | | | | $54,772 23 | | $350 00 | | | |
| Misc Corporate Adv Disb | 09/28/2022 | | | | $127,228 60 | | | | $54,772 23 | | $9 60 | | | |
| Misc Default Exp Corp Adv | 09/26/2022 | | | | $127,228 60 | | | | $54,772 23 | | $2 28 | | | |
| Attorney Corp Advance | 09/26/2022 | | | | $127,228 60 | | | | $54,772 23 | | $350 00 | | | |
| Property Pres Corp Adv | 09/16/2022 | | | | $127,228 60 | | | | $54,772 23 | | $20 00 | | | |
| Property Pres Corp Adv | 08/08/2022 | | | | $127,228 60 | | | | $54,772 23 | | $20 00 | | | |
| Misc Default Exp Corp Adv | 08/04/2022 | | | | $127,228 60 | | | | $54,772 23 | | $81 81 | | | |
| Misc Default Exp Corp Adv | 08/04/2022 | | | | $127,228 60 | | | | $54,772 23 | | $18 62 | | | |
| Attorney Corp Advance | 08/04/2022 | | | | $127,228 60 | | | | $54,772 23 | | $350 00 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$1 19 | | $127,228 60 | | | | $54,772 23 | | -$1 19 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$0 84 | | $127,228 60 | | | | $54,772 23 | | -$0 84 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$1 14 | | $127,228 60 | | | | $54,772 23 | | -$1 14 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$0 89 | | $127,228 60 | | | | $54,772 23 | | -$0 89 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$1 18 | | $127,228 60 | | | | $54,772 23 | | -$1 18 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$1 11 | | $127,228 60 | | | | $54,772 23 | | -$1 11 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$0 77 | | $127,228 60 | | | | $54,772 23 | | -$0 77 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$1 56 | | $127,228 60 | | | | $54,772 23 | | -$1 56 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$1 09 | | $127,228 60 | | | | $54,772 23 | | -$1 09 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | -$0 86 | | $127,228 60 | | | | $54,772 23 | | -$0 86 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | $1 19 | | $127,228 60 | | | | $54,772 23 | | $1 19 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | $0 84 | | $127,228 60 | | | | $54,772 23 | | $0 84 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | $1 14 | | $127,228 60 | | | | $54,772 23 | | $1 14 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | $0 89 | | $127,228 60 | | | | $54,772 23 | | $0 89 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | $1 18 | | $127,228 60 | | | | $54,772 23 | | $1 18 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | $1 11 | | $127,228 60 | | | | $54,772 23 | | $1 11 | | | |
| Restricted Corp Adv Adj | 07/29/2022 | | $0 77 | | $127,228 60 | | | | $54,772 23 | | $0 77 | | | |

| Description | Date 1 | Date 2 | Amount 1 | Balance 1 | Amount 2 | Amount 3 | Balance 2 | Amount 4 |
|---|---|---|---|---|---|---|---|---|
| Restricted Corp Adv Adj | 07/29/2022 | | $1.56 | $127,228.60 | | | $54,772.23 | $1.56 |
| Restricted Corp Adv Adj | 07/29/2022 | | $1.09 | $127,228.60 | | | $54,772.23 | $1.09 |
| Restricted Corp Adv Adj | 07/29/2022 | | $0.86 | $127,228.60 | | | $54,772.23 | $0.86 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $0.77 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $0.84 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $0.86 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $0.89 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $1.09 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $1.11 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $1.14 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $1.18 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $1.19 |
| Misc Corporate Adv Disb | 07/12/2022 | | | $127,228.60 | | | $54,772.23 | $1.56 |
| Misc Corporate Adv Disb | 07/08/2022 | | | $127,228.60 | | | $54,772.23 | $0.05 |
| Misc Corporate Adv Disb | 07/08/2022 | | | $127,228.60 | | | $54,772.23 | $0.05 |
| Property Pres Corp Adv | 06/17/2022 | | | $127,228.60 | | | $54,772.23 | $20.00 |
| Restricted Corp Adv Adj | 05/27/2022 | | $0.11 | $127,228.60 | | | $54,772.23 | $0.11 |
| Restricted Corp Adv Adj | 05/27/2022 | | $1.75 | $127,228.60 | | | $54,772.23 | $1.75 |
| Restricted Corp Adv Adj | 05/27/2022 | | $1.75 | $127,228.60 | | | $54,772.23 | $1.75 |
| Restricted Corp Adv Adj | 05/27/2022 | | $0.11 | $127,228.60 | | | $54,772.23 | $0.11 |
| Restricted Corp Adv Adj | 05/27/2022 | | -$0.11 | $127,228.60 | | | $54,772.23 | -$0.11 |
| Restricted Corp Adv Adj | 05/27/2022 | | -$1.75 | $127,228.60 | | | $54,772.23 | -$1.75 |
| Restricted Corp Adv Adj | 05/27/2022 | | -$1.75 | $127,228.60 | | | $54,772.23 | -$1.75 |
| Restricted Corp Adv Adj | 05/27/2022 | | -$0.11 | $127,228.60 | | | $54,772.23 | -$0.11 |
| Property Pres Corp Adv | 05/09/2022 | | | $127,228.60 | | | $54,772.23 | $20.00 |
| Escrow Advance | 05/05/2022 | 02/01/2011 | $2,011.98 | $127,228.60 | $2,011.98 | | $54,772.23 | |
| City Tax Disbursement | 05/05/2022 | 05/01/2022 | -$2,011.98 | $127,228.60 | -$2,011.98 | -$2,011.98 | $52,760.25 | |
| Misc Corporate Adv Disb | 05/05/2022 | | | $127,228.60 | | | $52,760.25 | $0.11 |
| Misc Corporate Adv Disb | 05/05/2022 | | | $127,228.60 | | | $52,760.25 | $1.75 |
| Misc Corporate Adv Disb | 05/05/2022 | | | $127,228.60 | | | $52,760.25 | $0.11 |
| Misc Corporate Adv Disb | 05/05/2022 | | | $127,228.60 | | | $52,760.25 | $1.75 |
| Misc Corporate Adv Disb | 04/28/2022 | | | $127,228.60 | | | $52,760.25 | $0.31 |
| Misc Corporate Adv Disb | 04/28/2022 | | | $127,228.60 | | | $52,760.25 | $0.31 |
| Attorney Corp Advance | 04/25/2022 | | | $127,228.60 | | | $52,760.25 | $300.00 |
| Escrow Advance | 04/21/2022 | 02/01/2011 | $1,009.00 | $127,228.60 | $1,009.00 | | $52,760.25 | |
| Hazard Ins Disbursement | 04/21/2022 | 04/01/2022 | -$1,009.00 | $127,228.60 | -$1,009.00 | -$1,009.00 | $51,751.25 | |
| Misc Default Exp Corp Adv | 04/19/2022 | | | $127,228.60 | | | $51,751.25 | $17.40 |
| Property Pres Corp Adv | 04/18/2022 | | | $127,228.60 | | | $51,751.25 | $20.00 |
| Misc Default Exp Corp Adv | 04/16/2022 | | | $127,228.60 | | | $51,751.25 | $7.34 |
| Misc Default Exp Corp Adv | 04/16/2022 | | | $127,228.60 | | | $51,751.25 | $58.75 |
| Attorney Corp Advance | 04/16/2022 | | | $127,228.60 | | | $51,751.25 | $300.00 |
| Misc Default Exp Corp Adv | 04/06/2022 | | | $127,228.60 | | | $51,751.25 | $402.00 |
| Attorney Corp Advance | 04/06/2022 | | | $127,228.60 | | | $51,751.25 | $850.00 |
| Misc Corporate Adv Disb | 03/29/2022 | | | $127,228.60 | | | $51,751.25 | $0.05 |
| Misc Corporate Adv Disb | 03/24/2022 | | | $127,228.60 | | | $51,751.25 | $0.05 |
| Misc Corporate Adv Disb | 02/28/2022 | | | $127,228.60 | | | $51,751.25 | $0.05 |
| Property Pres Corp Adv | 02/24/2022 | | | $127,228.60 | | | $51,751.25 | $20.00 |
| Misc Corporate Adv Disb | 02/16/2022 | | | $127,228.60 | | | $51,751.25 | $1.20 |
| Misc Corporate Adv Disb | 01/26/2022 | | | $127,228.60 | | | $51,751.25 | $1.20 |
| Misc Corporate Adv Disb | 01/19/2022 | | | $127,228.60 | | | $51,751.25 | $0.05 |
| Property Pres Corp Adv | 01/17/2022 | | | $127,228.60 | | | $51,751.25 | $20.00 |
| Misc Corporate Adv Disb | 12/29/2021 | | | $127,228.60 | | | $51,751.25 | $1.20 |
| Property Pres Corp Adv | 12/16/2021 | | | $127,228.60 | | | $51,751.25 | $20.00 |
| Misc Corporate Adv Disb | 11/22/2021 | | | $127,228.60 | | | $51,751.25 | $1.20 |
| Property Pres Corp Adv | 11/16/2021 | | | $127,228.60 | | | $51,751.25 | $9.91 |
| Property Pres Corp Adv | 11/16/2021 | | | $127,228.60 | | | $51,751.25 | $3.59 |
| Property Pres Corp Adv | 11/11/2021 | | | $127,228.60 | | | $51,751.25 | $20.00 |
| Misc Corporate Adv Disb | 11/11/2021 | | | $127,228.60 | | | $51,751.25 | $1.20 |
| Misc Corporate Adv Disb | 10/31/2021 | | | $127,228.60 | | | $51,751.25 | $0.37 |
| Misc Corporate Adv Disb | 10/31/2021 | | | $127,228.60 | | | $51,751.25 | $0.41 |
| Escrow Advance | 10/28/2021 | 02/01/2011 | $2,011.99 | $127,228.60 | $2,011.99 | | $51,751.25 | |
| City Tax Disbursement | 10/28/2021 | 11/01/2021 | -$2,011.99 | $127,228.60 | -$2,011.99 | -$2,011.99 | $49,739.26 | |
| Misc Corporate Adv Disb | 10/28/2021 | | | $127,228.60 | | | $49,739.26 | $1.20 |
| Property Pres Corp Adv | 10/23/2021 | | | $127,228.60 | | | $49,739.26 | $20.00 |
| Misc Corporate Adv Disb | 10/12/2021 | | | $127,228.60 | | | $49,739.26 | $1.20 |
| Misc Corporate Adv Disb | 10/11/2021 | | | $127,228.60 | | | $49,739.26 | $5.00 |
| Misc Corporate Adv Disb | 09/27/2021 | | | $127,228.60 | | | $49,739.26 | $1.20 |
| Misc Corporate Adv Disb | 09/25/2021 | | | $127,228.60 | | | $49,739.26 | $0.05 |
| Misc Default Exp Corp Adv Repay | 09/22/2021 | | $5.00 | $127,228.60 | | | $49,739.26 | $5.00 |

| Description | Date | Date 2 | Amount | Balance | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| Misc Corporate Adv Disb | 09/15/2021 | | | $127,228 60 | | | $49,739 26 | $5 00 | |
| Misc Corporate Adv Disb | 08/30/2021 | | | $127,228 60 | | | $49,739 26 | $0 05 | |
| Property Pres Corp Adv | 08/26/2021 | | | $127,228 60 | | | $49,739 26 | $20 00 | |
| Attorney Corp Advance | 08/26/2021 | | | $127,228 60 | | | $49,739 26 | $275 00 | |
| Misc Corporate Adv Disb | 07/29/2021 | | | $127,228 60 | | | $49,739 26 | $0 05 | |
| Misc Corporate Adv Disb | 07/27/2021 | | | $127,228 60 | | | $49,739 26 | $0 05 | |
| Property Pres Corp Adv | 07/21/2021 | | | $127,228 60 | | | $49,739 26 | $20 00 | |
| Escrow Advance | 07/07/2021 | 02/01/2011 | $1,001 00 | $127,228 60 | $1,001 00 | | $49,739 26 | | |
| Hazard Ins Disbursement | 07/07/2021 | 04/01/2021 | -$1,001 00 | $127,228 60 | -$1,001 00 | -$1,001 00 | $48,738 26 | | |
| Property Pres Corp Adv | 06/10/2021 | | | $127,228 60 | | | $48,738 26 | $20 00 | |
| Misc Corporate Adv Disb | 05/22/2021 | | | $127,228 60 | | | $48,738 26 | $0 05 | |
| Property Pres Corp Adv | 05/08/2021 | | | $127,228 60 | | | $48,738 26 | $20 00 | |
| Escrow Advance | 05/04/2021 | 02/01/2011 | $2,023 51 | $127,228 60 | $2,023 51 | | $48,738 26 | | |
| City Tax Disbursement | 05/04/2021 | 05/01/2021 | -$2,023 51 | $127,228 60 | -$2,023 51 | -$2,023 51 | $46,714 75 | | |
| Specified Funds | 04/22/2021 | 02/01/2011 | $10 98 | $127,228 60 | | | $46,714 75 | $10 98 | |
| Principal Bal Adjustment | 04/22/2021 | 02/01/2011 | | -$170 78 | $127,228 60 | | | $46,714 75 | |
| Principal Bal Adjustment | 04/22/2021 | 02/01/2011 | | | $127,057 82 | | | $46,714 75 | |
| Balance Adjustment | 04/21/2021 | 02/01/2021 | | | $127,057 82 | | | $46,714 75 | |
| Restricted Corp Adv Adj | 04/21/2021 | | $7,494 54 | | $127,057 82 | | | | $7,494 54 |
| Loan Set Up Date | 04/21/2021 | 02/01/2021 | | -$127,057 82 | $127,057 82 | | | | |